IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| UNITED STATES OF AMERICA, | * | |
|---|---|---|
| Plaintiff, | * | |
| v. | * | CR. NO.: 18-10062-STA |
| HOUSTON CRAFTON, | * | |
| Defendant. | * | |

**ORDER CONTINUING CHANGE-OF-PLEA/SUPPRESSION HEARING AND NOTICE OF RESETTING**

IT APPEARING TO THIS COURT THAT upon the filed motion of Defendant, Houston Crafton, for the entry of an Order continuing his change-of-plea/suppression hearing, there being no opposition filed by the United States of America, and after considering the entire record in this case, it appears that this motion is well-taken and is, therefore, GRANTED.

IT IS HEREBY ORDERED that the CHANGE-OF-PLEA/SUPPRESSION HEARING in this case be CONTINUED to the **1st day of November, 2018, at 1:30 p.m.**

IT IS SO ORDERED, this the 12th day of October, 2018.

s/S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE