**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CR. NO. 1:18-10062-STA |
| | ) | |
| HOUSTON CRAFTON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING**

This cause came to be heard on November 1, 2018, Assistant United States Attorney, Hillary Lawler, appearing for the Government and the defendant, Houston Crafton, appearing in person, and with counsel, Joshua Morrow.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **FRIDAY, FEBRUARY 1, 2019 at 9:00 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 1st day of November, 2018.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT